1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**FILED**

MAY 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CRIMINAL NO. 08-mj-70266 PVT
            Plaintiff,               )
                                     )
       v.                            )   NOTICE OF PROCEEDINGS ON
                                     )   OUT-OF-DISTRICT CRIMINAL
   Anthony Fitzgerald Dent,          )   CHARGES PURSUANT TO RULES
            Defendant.               )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                     )   OF CRIMINAL PROCEDURE
                                     )

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on __5/6/08__, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

   ☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other __Probation Form 12__

   pending in the __Western__ District of __Texas__, Case Number __EP-05-CR-2677 DB__

   In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code, Section(s) __3583__

   Description of Charges: __Violation of conditions of supervised release__

                                       Respectfully Submitted,
                                       JOSEPH P. RUSSONIELLO
                                       UNITED STATES ATTORNEY

   Date: __5/6/08__                    _____
                                       Assistant U.S. Attorney

1

PROB 12C

# UNITED STATES DISTRICT COURT
## for
### WESTERN DISTRICT OF TEXAS

FILED 2008 MAY 6 PM 12:38
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Fitzgerald Dent

**Case Number:** EP-05-CR-2677-DB

**Name of Sentencing Judicial Officer:** David Briones, U.S. District Judge

**Date of Original Sentence:** June 14, 2006

**Original Offense:** 18 U.S.C. § 111; Assault of a federal officer

**Original Sentence:** Twelve (12) months custody followed by two (2) years of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** July 27, 2007

**Assistant U.S. Attorney:** William F. Lewis     **Defense Attorney:** Edgar H. Holguin

---

### PETITIONING THE COURT

For the issuance of a no bail warrant for the offender's arrest so that he may be brought before the court to show cause why supervision should not be revoked.

I, Steve Thrasher, a Probation Officer employed in the United States District Court for the Western District of Texas, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervised release:

Dent, Anthony Fitzgerald
Docket No. EP-05-CR-2677-DB
Petition for Revocation of Supervised Release
Page 2

**Violation Number 1:** The defendant shall refrain from any unlawful use of a controlled substance.

> **Nature of Noncompliance:** On December 21, 2007, Anthony Fitzgerald Dent reported to his probation officer in the Southern District of Mississippi, Hattiesburg Division, and admitted that he had relapsed on illegal drugs. He admitted to his probation officer that he had recently used cocaine and marijuana. Urine specimen number B01259626, tested by Kroll Laboratories, collected on December 21, 2007 tested positive for marijuana.

**Violation Number 2:** The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

> **Nature of Noncompliance:** On December 21, 2007, Dent was referred by his probation officer to a substance abuse assessment and was placed on the code-a-phone drug testing program to monitor his drug usage. Dent failed to report for his drug testing, as directed on the following dates: 01-03-08, 01-07-08, 01-10-08, 01-15-08, 01-18-08, 01-24-08, 01-28-08, and 01-30-08. According the probation officer in the Southern District of Mississippi, Dent has not submitted any urine specimens during the month of February, 2008.

**Violation Number 3:** The defendant shall not commit another federal, state, or local crime.

> **Nature of Noncompliance:** On December 17, 2007, Anthony Fitzgerald Dent was arrested by the Hattiesburg Police Department in Hattiesburg, Mississippi and charge with Possession of a Controlled Substance, Cocaine. According to the incident report, the police officer made contact with Dent standing outside his vehicle. Due to his nervous demeanor, the officer requested to do a pat-down search of Dent, who agreed. A bag of white powdery substance, which later field tested positive for cocaine, was found in Dent's front pants pocket. Dent became uncooperative during the arrest and provided the arresting officer with an incorrect name. The case remains pending.

Dent, Anthony Fitzgerald
Docket No. EP-05-CR-2677-DB
Petition for Revocation of Supervised Release
Page 3

**U.S. Probation Officer Recommendation:**
The term of supervised release should be
    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] the conditions of supervision should be modified as follows:

Approved by,

*[signature]*

Sylvia C. Pineda
Supervising U.S. Probation Officer
915-585-6516

Respectfully submitted,

*[signature]*

by    Steve Thrasher
Senior U.S. Probation Officer
915-585-5531
May 6, 2008

---

THE COURT ORDERS:

[ ]    No action.

[✓]    The issuance of a warrant.

[ ]    The issuance of a summons.

[ ]    Other

*[signature]*
Kathleen Cardone
U.S. District Judge

5/6/08
Date