**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

May 7, 2008

**Clerk of Court-Western District of Texas**
**United States Courthouse**
**511 East San Antonio Avenue**
**El Paso, TX 79901-2401**

Case Name:         **USA-v- Anthony Fitzgerald Dent**
Case Number:    **5-08-70266-PVT  (Your Case#EP-05-CR-2677-DB)**
Charges:                **18:3583**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

   (X)     The U.S. Marshal has been ordered to remove this defendant
              to your district forthwith.
   ( )      The defendant has a court appearance in your court

        Enclosed are the following documents:
                    original Rule 5 affidavit
                    original minute orders
        certified copy of *AO 94, Commitment to Another District*
                    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                                    Sincerely yours,

                                                    RICHARD WIEKING, Clerk

                                       by:     *Cita F. Escalano*
                                                    Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____ .

**Date:** _____         **CLERK, U.S. DISTRICT COURT**

                                                               **By** _____
                                                                       **Deputy Clerk**