**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

Richard W. Wieking
Clerk

www.cand.uscourts.gov

General Court Number
408.535.5363

May 7, 2008

RECEIVED
MAY 1 2 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk of Court-Western District of Texas
United States Courthouse
511 East San Antonio Avenue
El Paso, TX 79901-2401

FILED
MAY 15 2008

Case Name: **USA-v- Anthony Fitzgerald Dent**
Case Number: **5-08-70266-PVT (Your Case#EP-05-CR-2677-DB)**
Charges: 18:3583

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )  The defendant has a court appearance in your court

Enclosed are the following documents:
    original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
    Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
    Deputy Clerk